G. Terris Porter - #3493
1052 E. Deuce of Clubs
Show Low, AZ 85901
Telephone 928-537-2917
FAX 928-537-2181
porterlaw@frontiernet.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re

Donald G. Solomon and Martha A. Solomon,

Case No. 09-15087

**CHAPTER 13 PLAN AND APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES**

) X  Original
) ☐  Amended
) ☐  Modified

Your rights may be affected by this Plan. If you object to the treatment of your claim as proposed in this Plan, you must file a written objection by the deadline set forth in a Notice of Date to File Objections to Plan that was served on parties in interest. If this is a joint case, then "Debtor" means both Debtors. This plan does not allow claims. To receive payment on an unsecured claim, you must file a proof of claim with the Bankruptcy Court, even if this Plan provides for your debt. A creditor who disagrees with the proposed treatment of its debt in this Plan must timely file an objection to the Plan.

(A)  **Plan Payments and Property to be Submitted to the Plan.**

(1)  Plan payments start on July 25, 2009. The Debtor shall pay the Trustee as follows:

$1,206.34 each month for months 1-60

Total plan duration is 60 months. Pursuant to § 1325(b)(4), the applicable commitment period is 36 months.

(2)  Debtor will submit the following property in addition to plan payments: None.

(B)  **Trustee's Percentage Fee.** Pursuant to 28 U.S.C. § 586(e), the Trustee may collect the percentage fee from all payments and property received.

(C)  **Treatment of Administrative Expenses and Claims.** Except for adequate protection payments under (C),(1), and payments to cure arrears on leases or unexpired executory contracts under (C)(3), the Trustee will make disbursements to creditors after the Court confirms this Plan. Disbursements by the Trustee shall be in the following order:

-1-

(1) **Pre-confirmation adequate protection payments.**

Pursuant to Local Bankruptcy Rule 2084-6, the Trustee is authorized to make pre-confirmation adequate protection payments to the following secured creditors without a Court order, provided the claim is properly listed on Schedule D, the creditor files a secured proof of claim that includes *documentation evidencing a perfected security agreement that asserts a purchase money security interest in personal property, and the debtor or creditor sends a letter to the trustee requesting payment of pre-confirmation adequate protection payments set forth below along with a copy of the secured proof of claim*. After confirmation, unless the Court orders otherwise, adequate protection payments will continue in the same amount until claims to be paid prior to these claimants are paid in full.

| Creditor | Property Description | Monthly Amount |
|---|---|---|

None.

See Section K, Varying Provisions.

(2) **Administrative expenses.** Section 507(a)(2).

    (a) Attorney fees. Debtor's attorney received $1,000.00 before filing. The balance of $2,500.00 shall be paid by the Trustee. See Section G for the application.

    (b) Other Administrative Expenses: See Section K, Varying Provisions.

(3) **Leases and Unexpired Executory Contracts.** Pursuant to § 1322(b), the Debtor assumes or rejects the following leases or unexpired executory contracts. For those leases or executory contracts with an arrearage to cure, the debtor proposes repayment of any arrearage as follows:

    (a) Assume:

| Creditor | Property Description | Estimated Arrearage Amount | Arrearage Payment Plan |
|---|---|---|---|
| Rick McDonald | Business Lease | -0- | -0- |

    (b) Reject:

| Creditor | Property Description |
|---|---|

None.

See Section K, Varying Provisions.

(4) **Claims Secured Solely by Security Interest in Real Property.** Unless otherwise stated below, Debtor shall pay post-petition payments directly to the creditor. Prepetition anearages shall be cured through the Trustee. The actual cure amount to be paid shall be adjusted by the Trustee

-2-

The Porter Law Offices, P.C.
1052 EAST DEUCE OF CLUBS
SHOW LOW, ARIZONA 85901
TELEPHONE (928) 537-2917

pursuant to the creditor's **allowed** proof of claim.

| Creditor/<br>Servicing Agent | Property<br>Description | Estimated<br>Arrearage Amt. | Arrearage Thru<br>(Date) |
|---|---|---|---|
| Bank of America | 1041 Clark Rd.<br>Show Low, AZ | $10,000.00 | 7/09 |
| Bank of America<br>(HELOC) | 1041 Clark Rd.<br>Show Low, AZ | $ 2,000.00 | 7/09 |

See Section K, Varying Provisions.

    (5) **Claims Secured by Personal Property or a Combination of Real Property and Personal Property.**

| Creditor | Property<br>Description | Secured Claim<br>Amount | Interest Rate<br>(Contract) |
|---|---|---|---|

None.

See Section K, Varying Provisions.

    (6) **Priority Claims.** The Plan provides for full payment of claims pro rata entitled to priority treatment under § 507.

        (a) Unsecured Domestic Support Obligations. The Debtor shall remain current on such obligations that come due after filing the petition.

| Claimant | Estimated Arrearage |
|---|---|

None.

        (b) Other unsecured priority claims.

| Claimant | Type of Priority | Estimated Amount |
|---|---|---|
| IRS | Income Taxes<br>2005 through 2008 | $50,000.00 |

See Section K, Varying Provisions.

    (7) **Nonpriority, Unsecured Claims.** Allowed unsecured, nonpriority claims shall be paid pro rata the balance of payments under the Plan.

See Section K, Varying Provisions.

        (d) **Lien Retention.** *Secured* creditors shall retain their liens until payment of the underlying debt determined under nonbankruptcy law, or upon discharge, *whichever occurs first.*

        (e) **Surrendered Property.** Debtor surrenders the following property. Upon confirmation of the Plan by the Court, bankruptcy stays are lifted as to the surrendered collateral. Any claim submitted by the creditor

-3-

Porter Law Offices, P.C.
1052 EAST DEUCE OF CLUBS
SHOW LOW, ARIZONA 85901
TELEPHONE (928) 537-2917

***shall not*** receive a distribution until the creditor files an amended proof of claim that reflects a deficiency balance remaining on the claim. **Should creditor fail to file an amended claim consistent with this provision any pro rata distribution shall be forfeited to other general unsecured creditors.**

| Claimant | Property to be surrendered |
|---|---|
| Bank of America | House located at 1260 S. Falling Leaf Rd. Show Low, AZ |
| Bank of America (HELOC) | House located at 1260 S. Falling Leaf Rd. Show Low, AZ |

(f) **Co-debtor Claims**. The following co-debtor claims are to be paid prior to general unsecured claims pursuant to 11 U.S.C. §1301 and §1322(b).

| Claimant | Co-debtor | Estimated Amount |
|---|---|---|

None.

(g) **Application for Payment of Attorney Fees**. Counsel for the Debtor has received a pre-petition retainer of $1,000.00, to be applied against fees and costs incurred by the Debtor. Fees and costs in excess of the retainer shall be paid from finds held by the Chapter 13 Trustee as an administrative expense.

**FLAT FEE**

Counsel for the Debtor has agreed to a total sum of $3,500.00 to represent the Debtor in this case. In consideration for this sum, Counsel has agreed to perform the following services through confirmation of the plan:

* Review of financial documents and information
* Consultation/Planning/Advice, including office visits and telephone communications
* Preparation and filing of Petition/Schedules/Statement of Financial Affairs/Master Mailing List
* Preparation and filing of Chapter 13 Plan, Analysis, and any necessary Amendments
* Attendance at the §341 Meeting of Creditors
* Resolution of Confirmation Objections and Trustee Recommendations, including attendance at hearings
* Reviewing and Analyzing Creditors claims for potential Objections, and attendance at hearings
* Responding to Motions to Dismiss, and attendance at hearings
* Responding to Motions for Relief from the Automatic Stay, and attendance at hearings
* Drafting and mailing of any necessary correspondence
* Preparation of proposed Stipulated Order Confirming
* Adversary Proceedings
* Pre-filing credit briefing and post-filing debtor education course

-4-

Counsel for the Debtor has agreed to charge a flat fee for the following services provided to the Debtor post-petition: N/A

All other services shall be billed at the rate of $250.00 hour for attorney time and $175.00 per hour for paralegal time.

Counsel shall file and notice a separate Fee Application detailing the additional fees and costs requested.

[Counsel will be required to include all time expended in the case in the separate Fee Application.]

**HOURLY FEE**

Counsel for the Debtor has agreed to represent the Debtor for all services related to the Chapter 13 Bankruptcy to be billed at the rate of $250.00 per hour for attorney time and $175.00 per hour for paralegal time. Counsel shall file for Court approval and notice a separate Fee Application detailing the additional fees and costs requested should fees and cost exceed the flat fee indicated above.

(g) Attorney's agreement to attend the 341 meeting may be satisfied by obtaining the attendance of another bankruptcy attorney.

(h) **Vesting of property of the estate.** Property of the estate shall vest or re-vest in the Debtor upon confirmation of the Plan, except that the following property shall not re-vest in the Debtor upon confirmation: N/A

See Section K, Varying Provisions.

(i) **Post-petition Tax Returns.** While the case is pending, Debtor shall provide to the trustee a copy of any post-petition tax return within 30 days after filing the return with the tax agency.

(j) **Funding Shortfall**. Debtor will cure any funding shortfall before the Plan is deemed completed.

(k) **Varying provisions**. The Debtor submits the following provisions that vary from the above provision paragraphs:

(l) A Form 13-2 Plan Analysis is attached pursuant to Local Rule 2084-2.

-5-

The Porter Law Offices, P.C.
1052 EAST DEUCE OF CLUBS
SHOW LOW, ARIZONA 85901
TELEPHONE (928) 537-2917

Dated: *July 8th*, 2009.

_____
Debtor

_____
Co-Debtor

_____
Attorney for Debtor

-6-

The Porter Law Offices, p.c.
1052 EAST DEUCE OF CLUBS
SHOW LOW, ARIZONA 85901
TELEPHONE (928) 537-2917

**PLAN ANALYSIS**‌**

Debtor: Donald and Martha Solomon
Prior: Bankruptcy (N/A) Chapter 13 (N/A)   Date: N/A
Estimated Length of Plan: 60 months
****************************************************************
TOTAL DEBT PROVIDED FOR UNDER THE PLAN AND ADMINISTRATIVE EXPENSES.

A.  TOTAL PRIORITY CLAIMS:
    1.  Unpaid attorneys' fees............$ 2,500.00
    2.  Governmental Claims...............$50,000.00 est.
    3.  Other.............................$    -0-
B.  TOTAL OF PAYMENTS TO CURE DEFAULTS.....$12,000.00
C.  TOTAL OF PAYMENTS ON SECURED CLAIMS....$    -0-
D.  TOTAL OF PAYMENTS ON GENERAL
    UNSECURED CLAIMS.......................$ 1,300.00
E.  SUBTOTAL...............................$65,800.00
F.  TOTAL TRUSTEE'S COMPENSATION (10%
    Debtor's payments).....................$ 6,580.00
G.  TOTAL DEBT AND ADMINISTRATIVE EXPENSES.$72,380.00
****************************************************************
                CHAPTER 7 RECONCILIATION
H.  INTEREST OF GENERAL UNSECURED CREDITORS IF CHAPTER 7 FILED.

    1.  Value of Debtor's interest in
        nonexempt property................$57,833.96
    2.  Plus value of property recoverable
        under avoiding powers.............$    -0-
    3.  Less estimated Chapter 7
        administrative Expenses...........$ 6,534.00
    4.  Less amounts payable to priority
        creditors other than costs of
        administration....................$50,000.00 est.
    5.  Equals estimated amount payable to
        general unsecured creditors if
        Chapter 7 filed...................$ 1,300.00
I.  ESTIMATED DIVIDEND FOR GENERAL UNSECURED
    CREDITORS UNDER CHAPTER 7..............$ 1,300.00
J.  ESTIMATED DIVIDEND UNDER PLAN..........$ 1,300.00
**IF THERE ARE DISCREPANCIES BETWEEN THE PLAN AND THE PLAN ANALYSIS, THE PROVISIONS OF THE PLAN AS CONFIRMED CONTROL.

-7-

The Porter Law Offices, P.C.
1052 EAST DEUCE OF CLUBS
SHOW LOW, ARIZONA 85901
TELEPHONE (928) 537-2917